IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01589-EWN-BNB

STEVEN PAGEL and PAUL GEFREH, as Trustee for the Bankruptcy Estate of STEVEN PAGEL,

Plaintiff,

v.

ASPEN DIVERSIFIED INDUSTRIES, INC.,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Defendant's Stipulated Motion to Vacate the May 1, 2006, Hearing and for an Extension of Time for Discovery Cut-Off** [Doc. # 26, filed 4/28/06] (the "Motion").

The Motion indicates that certain release forms recently have been received. The dalay in receiving the release forms necessitates a short extension of the discovery period. I will grant an extension of the discovery cut-off and the dispositive motion deadline, although only for 45 days and not for the 60 days requested.

Good cause having been shown, and with the approval of the district judge:

IT IS ORDERED that the Motion is GRANTED. The hearing set for May 1, 2006, at 1:30 p.m., is VACATED.

IT IS FURTHER ORDERED that the discovery cut-off date is extended to and including **June 2, 2006**, and the dispositive motion deadline is extended to and including **June 2, 2006**. No

further extensions will be allowed.

       Dated May 1, 2006.

                                 BY THE COURT:

                                 s/ Boyd N. Boland
                                 United States Magistrate Judge