IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01589-EWN-BNB

STEVEN PAGEL, and
PAUL GEFREH, as Trustee for the Bankruptcy Estate of STEVEN PAGEL,

Plaintiff,

v.

ASPEN DIVERSIFIED INDUSTRIES, INC.,

Defendant.
_____

**ORDER**
_____

       I am informed that this case has been resolved. Accordingly,

       IT IS ORDERED that on or before **February 15, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

       Dated June 5, 2006.

                                               BY THE COURT:

                                             s/ Boyd N. Boland
                                             United States Magistrate Judge