IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01589-EWN-BNB

STEVEN PAGEL, and
PAUL GEFREH, as Trustee for the Bankruptcy Estate of Steven Pagel,

Plaintiff,

v.

ASPEN DIVERSIFIED INDUSTRIES, INC.,

Defendant.

_____

ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE

_____

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss with Prejudice filed by Defendant, Aspen Diversified Industries, Inc., and Plaintiffs Steven Pagel, and Paul Gefreh, as Trustee for the Bankruptcy Estate of Steven Pagel, and the Court having reviewed the file and being fully advised in this case, hereby,

ORDERS that the First Claim for Relief, Race Discrimination, asserted in the above-captioned action by Plaintiffs against Defendant Aspen Diversified Industries, Inc., is dismissed with prejudice with each party to bear its own attorney's fees and costs.

Dated this 7th day of August, 2007.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge